## IN THE SUPREME COURT OF THE STATE OF NEVADA

BARGAIN PROPERTIES, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

THE BANK OF NEW YORK MELLON, N/K/A BNY MELLON, N.A.,

Respondent.

No. 79066

**FILED**

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. James Crockett, District Judge
     Persi J. Mishel, Settlement Judge
     Greene Infuso, LLP
     Ballard Spahr LLP/Las Vegas
     Eighth District Court Clerk

19-50976